FILED
July 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002811668

Macey & Aleman, dba Legal Helpers PC
Joanna Stevenson SBN 250081
260 California St., Ste 801
San Francisco, California  94111
Facsimile: 415-986-1850
joa@legalhelpers.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                              ) Case No.: 10-29232
                                    )
**JAN B. CHESS,**                   ) **AMENDED MOTION TO COMPEL**
                                    ) **ABANDONMENT**
Debtor                              )
                                    ) **DCN: MAA-2**
                                    )
                                      DATE: September 7, 2010
                                      TIME: 9:00 AM
                                      Judge: Hon. Michael S. McManus
                                      Location: Courtroom 35/Dept C
                                      United States Federal Courthouse
                                      501 I Street, Sacramento, CA 95814

**JAN B. CHESS**, the debtors and parties in interest herein, moves this Court for an order compelling the standing trustee to abandon the assets of pursuant to 11 U.S.C. § 554(b) as follows:

1. Title 11 Section 554(b) states "[o]n request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

2. Movant is the sole proprietor of a business known as Jan Chess, PhD, MFT, Psychotherapist located at 604 3rd Street, Davis, CA 95618.

1

3. Movant has duly set forth her interest in the business on Schedule B filed with her voluntary petition. (See Dkt. 1).

4. Movant's assets in Jan Chess, PhD, MFT, Psychotherapist have been exempted pursuant to Cal. Civ. Proc. Section 703(b)(5).

5. The business is of inconsequential value and of no benefit to the estate.

Wherefore, movants pray for an order compelling the trustee to abandonment of the Debtors' business to them.

Dated: July 27, 2010               MACEY & ALEMAN


                                   BY: /s/Joanna Stevenson
                                       Joanna Stevenson, Attorney